UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | December 20, 2019 |
| Bankruptcy Case | 16 B 39971 | Adversary No. | |
| Title of Case | Jose Servin | | |

**Brief Statement of Motion**

Debtor's Motion for Sanctions against Eagle Fence

(Re: docket entry No. 26)

**Names and Addresses of moving counsel**

Andrew G Youra
The Law Office of Andrew Youra, LLC
619 Torrey Pines Drive
Twin Lakes, WI 53181

**Representing**  Debtor

## ORDER

**The debtor's motion for sanctions is denied without prejudice for the reasons stated on the record.**

*/s/ A. Benjamin Goldgar*