UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOSE SERVIN, | ) | No. 16 B 39971 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

## ORDER GRANTING MOTION TO ENFORCE DISCHARGE INJUNCTION

This matter came before the court on the motion of debtor Jose Servin to enforce the discharge injunction against creditor Eagle Fence Distributing, LLC. The court having considered the motion and memorandum of Eagle Fence in opposition, for the reasons stated on the record in open court, IT IS HEREBY ORDERED:

The motion is granted. The discharge injunction is enforced. Eagle Fence is barred from collecting the prepetition debt of Jose Servin.

Dated: March 16, 2020

_____
A. Benjamin Goldgar
United States Bankruptcy Judge